

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00136-CV

———————————————

IN THE INTEREST OF A.W.-B. AND A.M., CHILDREN

---

On Appeal from the 89th District Court
Wichita County, Texas
Trial Court No. DC89-CP2024-0650

---

Before Womack, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered appellant's "Agreed Motion to Dismiss Appeal." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Per Curiam

Delivered: May 1, 2025